722 A.2d 1284

IN THE MATTER OF DAVID PAUL DANIELS,
AN ATTORNEY AT LAW.

January 29, 1999.

## ORDER

The Disciplinary Review Board on October 27, 1998, having filed with the Court its decision concluding that **DAVID PAUL DANIELS** of **CAMDEN,** who was admitted to the bar of this State in 1979, should be reprimanded for violating *RPC* 1.8(a) (entering into an improper business transaction with a client), *RPC* 1.8(e) (providing financial assistance to a client in connection with a pending or litigated matter), *RPC* 1.15(a) (failure to safeguard client funds), and *RPC* 1.15(d) (failure to comply with the record-keeping requirements of *Rule* 1:21–6),

And the Disciplinary Review Board further having concluded that respondent should be required to practice under supervision

for a period of two years and to submit to the Office of Attorney Ethics on a quarterly basis certified trust account reconciliations prepared by a certified public accountant approved by the Office of Attorney Ethics for a period of two years;

And good cause appearing;

It is ORDERED that **DAVID PAUL DANIELS** is hereby reprimanded;  and it is further

ORDERED that respondent shall practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of two years and until further Order of the Court;  and it is further

ORDERED that respondent shall submit, on a schedule to be established by the Office of Attorney Ethics, certified quarterly trust account reconciliations prepared by a certified public accountant approved by the Office of Attorney Ethics, for a period of two years and until further Order of the Court;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.